# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

MARIE BONENE-GUNDERMAN,

    Plaintiff,

v.                                              CASE NO.: 2:15-cv-12420-MAG-MKM
                                             Hon. Judge Mark A. Goldsmith

MIAT COLLEGE OF TECHNOLOGY

    Defendants.

---

FURTON CAMPS PLLC
Joseph R. Furton Jr. (P45653)
Peter N. Camps (P68561)
Attorneys for Plaintiff
6 Parklane Blvd, Ste 130
Dearborn, MI 48126
(313) 586-8869

---

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff hereby files her Notice of Voluntary Dismissal pursuant to Fed. R. Civ. P. 41(a)(1). This dismissal is without prejudice as set forth in Fed. R. Civ. P. 41(a)(1)(B).

                              Respectfully submitted,

                              FURTON CAMPS PLLC

                              By: /s/ Joseph R. Furton, Jr.
                              Joseph R. Furton, Jr. (P45653)
                              Peter N. Camps (P68561)
                              Jennifer Rupert (P72199)
                              Counsel for Plaintiff
                              6 Parklane Blvd., Suite 130
                              Dearborn, Michigan 48126
                              (313) 586-8869
Dated: November 24, 2015     jfurton@furtoncamps.com

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

MARIE BONENE-GUNDERMAN,

    Plaintiff,

v.　　　　　　　　　　　　CASE NO.: 2:15-cv-12420-MAG-MKM
　　　　　　　　　　　　　　Hon. Judge Mark A. Goldsmith

MIAT COLLEGE OF TECHNOLOGY

    Defendants.

---

FURTON CAMPS PLLC
Joseph R. Furton Jr. (P45653)
Peter N. Camps (P68561)
Attorneys for Plaintiff
6 Parklane Blvd, Ste 130
Dearborn, MI 48126
(313) 586-8869

## **CERTIFICATE OF SERVICE**

    The undersigned deposes that copies of Notice of Voluntary Dismissal was sent to counsel of record via E-File on November 24, 2015.

By: /s/ Joseph R. Furton

November 24, 2015